[No. 16065–6–I.   Division One.   July 14, 1986.]

*In the Matter of the Marriage of* KATHY L. SCHICK,
*Appellant, and* JOHN A. SCHICK, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 83–3–07469–3, Frank D. Howard, J., entered
February 11, 1985. *Affirmed* by unpublished opinion per
Johnsen, J. Pro Tem., concurred in by Ringold, A.C.J., and
Swanson, J.

[No. 13827–8–I.   Division One.   July 14, 1986.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant,*
v. GARY E. CARLISLE, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 81–2–09812–6, Terrence A. Carroll, J., entered
August 22, 1983. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Scholfield, C.J., and Holman, J.
Pro Tem.

[No. 14778–1–I.   Division One.   July 14, 1986.]

FIRST WESTERN BANK, *Appellant,* v. JUAN–MIGUEL
AVENA, *Defendant,* JANE DOE AVENA,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 82–2–17084–4, Liem E. Tuai, J., entered May
14, 1984. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Ringold, A.C.J., and Pekelis, J.